## GOLD MEDAL PRODUCTS CO., Appellant

v.

## C. CRETORS AND COMPANY, Appellee.

No. 2015–1449.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2015.

Brett A. Schatz, Wood, Herron & Evans, LLP, Cincinnati, OH, argued for appellant.

Stephen E. Arnett, Perkins Coie, LLP, Seattle, WA, argued for appellee. Also represented by Kevin Andrew Zeck, Corbyn J. Thorsen; Michael O. Warnecke, Chicago, IL.

PROST, Chief Judge, WALLACH and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**